# ELECTRONIC RECORD

COA # 02-12-00643-CR          OFFENSE: 29.03

STYLE: Donovan Darren Levoy Meadows v. The State of Texas          COUNTY: Wichita

COA DISPOSITION:          AFFIRMED          TRIAL COURT: 89th District Court

DATE: 04/30/15          Publish: NO     TC CASE #:          51,786-C

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Donovan Darren Levoy Meadows v. The State of Texas          CCA #: 790-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____Refused_____          JUDGE: _____

DATE: Oct. 28, 2015          SIGNED: _____          PC: _____

JUDGE: PC          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD